# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Gilford Corporation | ) ASBCA No. 59734 |
| | ) |
| Under Contract No. W912DR-14-C-0019 | ) |

APPEARANCES FOR THE APPELLANT: Charles M. Asmar, Esq.
David A. Edelstein, Esq.
  Asmar, Schor & McKenna, PLLC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
William J. Selinsky, Esq.
Scott C. Seufert, Esq.
David B. Jerger, Esq.
  Assistant District Counsel
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

For reasons indicated by one or both parties, the Board is unable to proceed with disposition of the above appeal for an inordinate length of time due to factors not within the control of the Board. Accordingly, the above appeal is hereby dismissed without prejudice pursuant to Board Rule 18(b). Unless either party or the Board acts to reinstate the appeal within one year from the date of this Order, the dismissal shall be deemed with prejudice.

Dated: 2 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59734, Appeal of Gilford Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals
